**1116 SEYMOUR vs. BOARD OF ELECTION COMMISSIONERS** (Manistee County), No. 14487.

To compel respondents to insert the name of James S. Bodell in the place of that of Charles G. Wing, as candidate for the office of State Senator, in the column headed "Independent Democrat" on the official ballot, on the ground that the name of Charles G. Wing appearing in the ticket furnished by the committee was a clerical error of which the Board was afterwards notified.

Granted November 1, 1894, without costs.

**1117 SHIELDS vs. BOARD OF ELECTION COMMISSIONERS OF** THE CITY OF DETROIT, No. 12325; 88 M., 164; 13 L. R. A., 760.

To compel respondents to place upon the official ballot a certain list of candidates.

Granted October 31, 1891, without costs. See No 1125.